JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY GURULE JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN, HIGH DESERT DETENTION CENTER, <br><br> Respondent. | Case No. ED CV 17-920-JGB (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: August 9, 2017

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE